UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 16-009-AJW                                        Date:   March 3, 2016

Title:   STAR FABRICS, INC. VS. LA FIORENTINA DISTRIBUTION CORP, ET AL.

PRESENT:  HONORABLE ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE

   Y. Benavides                                                N/A
   Courtroom Deputy                              Court Reporter/CourtSmart

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        NO APPEARANCE                                   NO APPEARANCE

PROCEEDINGS:        ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY
                    WITH FEDERAL RULES OF CIVIL PROCEDURE 4(m)

        Plaintiff(s) is ordered to show cause in writing no later than  March 17, 2016,  why this action should
not be dismissed for failure to comply with Federal Rules of Civil Procedure 4(m).


        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral
argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the
filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the
dismissal of the action.

MINUTES FORM 90                                          Initials of Deputy Clerk__yb____
CIVIL -- GEN